1  JOHN J. KANG, Esq.
   Law Offices of John J. Kang
2  7670 Opportunity Road, Suite 225
   San Diego, CA 92111
3  Telephone: (858)278-5480

4  California State Bar No. 190751
5  Attorney for Plaintiffs

FILED

#99
Fee Pd
8@NP

FILING 2007 AUG -7 A 9: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S. J.

6

7

8           UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 LI WANG and JIANMIN WANG           )    C 07  04041 PVT
                                      )
11        Plaintiffs                  )    CV No.: _____
                                      )
12 vs.                                )
                                      )
13                                    )    COMPLAINT FOR A WRIT IN THE
   EMILIO T. GONZALEZ, Director of    )    NATURE OF MANDAMUS TO COMPEL
14 Citizenship and Immigration Services; )  ADMINISTRATIVE ACTIONS
   MICHAEL CHERTOFF, Secretary        )
15 of Homeland Security; and          )
   ALBERTO R. GONZALES,               )
16 Attorney General of the Unites States )
17                                    )
                                      )
18        Defendants                  )
   _____)

19

20 The Plaintiffs allege:

21                    **I. PARTIES**

22 A.    **Plaintiffs:**

23        1.    Plaintiff, Ms. LI WANG, is a United States citizen who resides within the San Jose

24              District of the U.S. Citizenship and Immigration Services (hereinafter "USCIS").

25        2.    Plaintiff, Mr. JIANMIN WANG, husband of Ms. LI WANG, is a citizen of China

26              who resides within the San Jose District of the CIS.

27 B.    **Defendants:**

28
                                    1

3.    Defendant, MICHAEL CHERTOFF, is the Secretary of the United States Department of Homeland Security (hereinafter "DHS"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act (hereinafter "INA"), and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications to adjust status from that of a non-immigrants to that of a lawful permanent residents pursuant to the INA codified in U.S.C. § 1101 et seq.

4.    Defendant, EMILIO T. GONZALEZ, is the Director of the USCIS, an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 C.F.R. §103.1(g)(2)(ii)(B). This action is brought against him in his official capacity.

5.    Defendant ROBERT S. MUELLER, III, Director of Federal Bureau of Investigations (hereinafter "FBI"), the law enforcement agency that conducts security clearances for other U.S. government agencies, including the USCIS. This action is brought against him in his official capacity.

## II. FACTS

6.    On or about September 25, 2003, Plaintiff, Ms. LI WANG, as a United States citizen, through naturalization, filed a Petition for Alien Relative on behalf of her husband, Mr. JIANMIN WANG using the form I-130, to the Dallas District Office of the USCIS. Attached hereto as **Exhibit A** is a true copy of the fee receipt provided by the Dallas District Office of the USCIS' predecessor, Immigration and Naturalization Services and as **Exhibit B** is a true copy of the Petition for Alien Relative. Plaintiff

1   believes this petition has been pending with the Dallas District Office ever since it

2   was filed and, despite numerous inquiries by her attorney, herself or her husband,

3   remains un-adjudicated as of this date.

4   7.   On or about September 25, 2003, Plaintiff, Mr. JIANMIN WANG, filed an

5   Application to Adjust to Permanent Resident Status using the form I-485 with the

6   Dallas District Office as beneficiary of the I-130 application filed by Ms. LI WANG.

7   Attached hereto as **Exhibit C** is a true copy of the application. See **Exhibit A** supra

8   for evidence of the receipt of the application. His Alien number is A95-324-621.

9   Plaintiff believes this application has been pending with the Dallas District Office

10  ever since it was filed and, despite numerous inquiries by his attorney and himself,

11  remains un-adjudicated as of this date.

12  8.   On August 25, 2005, Petitioner Li Wang and applicant Jianmin Wang were

13  interviewed at the Dallas District Office in connection with the petition and

14  application. Attached hereto as **Exhibit D** is a true copy of the appointment notice for

15  the interview.

16  9.   Plaintiffs relocated from Plano, Texas to San Jose, CA in January of 2007. Plaintiff

17  Jianmin Wang temporarily remained in Plano, Texas to provide care and support to

18  his son and step-daughter so that they could complete their school year without

19  interruption before they would also relocate to San Jose, California in May 2007. A

20  notice of the address change was given to the Dallas District Office by Plaintiffs'

21  attorney. Attached hereto as **Exhibit E** is a true copy of the notice of the address

22  change, UPS shipping label with reference to the document shipped and UPS tracking

23  result indicating the notice was received buy the Dallas District Office on February 5,

24  2007.

25  10.  Plaintiff Jianmin Wang was interviewed again by the Dallas District of the USCIS on

26  February 13, 2007. Attached hereto as **Exhibit F** is a true copy of the appointment

27  notice for the interview. Both plaintiff Li Wang's Alien Relative Petition and plaintiff

28

3

1   Jianmin Wang's adjustment of status application remain un-adjudicated as of this

2   date.

3   11.   As of July 16, 207, the Dallas District Office was processing adjustment of status

4         applications filed on or about January 13, 2007, more than three years after the

5         plaintiffs filed their petition/application. Attached hereto as **Exhibit G** is a true copy

6         of the Processing Time of the Dallas District Office as posted on USCIS's web site at

7         www.uscis.gov on July 16, 2007.

8                              **III. JURISDICTION AND VENUE**

9   12.   This is an action for mandamus in accordance with the provisions of 28 U.S.C. §

10        1361 and § 2201.  It is brought for the purpose of determining a question of actual

11        controversy between the parties as more fully alleged in the remainder of this

12        complaint.

13  13.   Jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1331, this being an action

14        which arises under the Constitution and laws of the United States, specifically under

15        the provision of the Immigration and Nationality Act (INA), § 245, 8 U.S.C. § 1255,

16        et seq.; and pursuant to 28 U.S.C. § 1361, this being an action in the nature of

17        ~~mandamus to compel officers and employees of an agency of the United States to~~

18        perform duties owed to Plaintiffs.  Plaintiffs allege eligibility for reasonable

19        attorney's fees under the terms of the Equal Access to Justice Act, 28 U.S.C. § 2412.

20        Jurisdiction is also invoked under the provisions of 5 U.S.C. § 555 and § 706 et seq.

21        as defendants have failed to adjudicate plaintiffs' alien relative petition and

22        adjustment of status application within a reasonable period of time of their filings or

23        have unlawfully withheld or unreasonably delayed adjudication of plaintiffs' petition

24        and application.

25  14.   Venue properly lies in this Court pursuant to the provisions of 28 U.S.C. § 1391(e).

26        ///

27        ///

28                                           4

# IV. CLAIMS FOR RELIEF

**A.    Mandamus:**

15.    Plaintiffs re-allege and incorporate by reference the allegations set out in paragraphs 1 through 14, inclusive of this Complaint as though they are fully set forth herein.

16.    Plaintiffs have filed the petition/application as described supra with Defendants. Defendants have accepted the applications along with their corresponding filing fees. Plaintiffs have also submitted all the necessary documents in support of said petition/application. However, through negligence, poor management or inattention, Defendants have failed to complete the ministerial actions necessary to adjudicate Plaintiffs' petition/application.

17.    Numerous inquires have been made requesting status of said petition/application as well as for the adjudication of said petition/application. The inquiries were submitted in accordance with the procedures established by Defendants for such purposes. Defendants have not taken action to adjudicate the petition/application despite such inquiries and requests.

18.    Defendants have adjudicated similar applications filed by persons who are not parties to this action. As of July 16, 207, the Dallas District Office was processing adjustment of status applications filed on or about January 13, 2007, more than three years after the plaintiffs filed their petition/application.

19.    Defendants' actions by adjudicating applications filed by others after the Plaintiffs filed their petition/application and their inactions by not adjudicating applications filed by plaintiffs constitute arbitrary and capricious adjudications of cases filed with them in violation of the Administrative Procedures Act (APA).

20.    Plaintiffs have been denied due to process of law under the terms of the Fifth Amendment to the United States Constitution and the APA by Defendants' neglect, inaction or refusal to take actions to adjudicate the pending petition/application.

21. Plaintiffs have suffered and continue to suffer irreparable harm as a result of Defendants' neglect, inaction or refusal to take actions to adjudicate the pending petition/application. Such harms include, but are not limited to, an unreasonable delay in allowing Plaintiff Jianmin Wang to establish eligibility for United States citizenship as well as the many benefits, rights, and privileges of Unites States citizenship such as voting, seek employment with the United States government, travel with U.S. passport, petition family members for immigration to the U.S., etc.; inability to seek employment or engage international travels without the burdensome tasks of renewing his Employment Authorization Document or Travel Document on an annual basis and paying legal and filing fees therefor; make long term career plans and generally, continuing mental distress.

22. There is no reasonable basis for Defendants' neglect, inaction or refusal to take actions to adjudicate the pending petition/application and such neglect, inaction or refusal to act is not substantially justified under the law.

23. Defendants have in their possession all the information necessary to complete the adjudication of said petition/application. Defendants' refusal to complete this administrative processing is a disregard of their official duty and plaintiffs are wholly without remedy, under the circumstances, unless mandamus is granted by this Court.

**B.    Violation of the Administrative Procedure Act:**

24. Plaintiffs re-allege and incorporate by reference the allegations set out in paragraphs 1 through 14 inclusive of this Complaint as though they are fully set forth herein.

25. The Administrative Procedure Act (APA) provides categorically that every agency "shall within a reasonable time...proceed to conclude any matter presented to it;" that courts may review the inaction of an agency and specifically "compel agency action unlawfully withheld or unreasonably delayed." Likewise, the court may "set aside agency action...found to be...arbitrary, capricious, and abuse of discretion...(or)

1    contrary to constitutional right, power, privilege or immunity (or) without observance

2    of procedure required by law." 5 U.S.C. § 706 et. seq.

3    26.    Courts may find unwarranted agency inaction tantamount to denial of the

4    petition/application pending before an agency. 5 U.S.C. § 555(e).

5    27.    Defendants' conduct in failing to adjudicate Plaintiffs' petition/application, as alleged

6    supra, is capricious and arbitrary and result in severe and unwarranted delay to

7    Plaintiff Jianmin Wang in conferring valuable immigration benefits.  The delay so

8    incurred is tantamount to a violation of the Administrative Procedure Act, 5 U.S.C. §

9    555(b) and (e), §702 and 706 et. seq.  Plaintiff Jianmin Wang has suffered and

10    continues to suffer severe irreparable injury for which there is no adequate remedy

11    other than a mandamus through this action.

## V. PRAYER FOR RELIEF

13    Wherefore, Plaintiffs pray:

14    1.    That judgment be entered ordering Defendants to forthwith adjudicate Plaintiffs'

15    Petition for Alien Relative, and Application to Adjust to Permanent Resident Status;

16    2.    That Defendants be ordered to pay the cost of this suit;

17    3.    That Defendants be ordered to pay Plaintiffs' reasonable attorney's fees for this suit;

18    4.    That the Court grant such other and further relief as it may deem to be necessary and

19    proper.

21    Respectfully submitted,

22

23    Dated: August 2, 2007                    Law Offices of John J. Kang

24                                             John J. Kang
                                               Attorney for the Plaintiffs

7



Enclosed is your receipt. It is important that you keep it safe. If you have filed an application or have been notified that your application has been transferred to the Texas Service Center, your inquiry must be mailed to U.S. INS P.O. Box 851488 Mesquite, Texas 75185-1488.

When making an inquiry on the status of your application in this office please mail a copy of this receipt with your questions. **DO NOT MAKE INQUIRIES UNTIL THE TIME LISTED BELOW HAS PASSED (check the date on your receipt.** Inquires MUST BE MAILED TO U.S. INS P.O. Box 560527 Dallas, Texas 75236-0527. Please allow 60 days for a response.

| Form Number | Name | Date processing |
|---|---|---|
| I-485 | Application for Adjustment of Status | 30 months for the interview |
| I-131 | Advance Parole | 4 months |
| I-765 | Work Permit | 4 months |
| I-90 | Application for Replacement of Alien Registration Card | 6 months |
| N-565 | Certificate of Citizenship | 30 months |

If you need additional forms please call 1-800-870-3676 or visit our Kiosk at the Fiesta Mart at 5334 Ross Avenue Dallas, Texas. For additional information you may call the Nation Customer Service Center at 1-800-375-5283 or visit our web site at http://www.ins.usdoj.gov:

INS
DISTRICT OFFICE
DALLAS, TEXAS
09/25/2003    06:13
WANG, JIANMIN    A75 334 621
I-485    $255.00
FNGRPRINT FEE    $50.00
I-765    $120.00
I-130    $130.00
I-131    SPOUSE    $110.00
SUB TTL    $665.00
YUKUN A75 334 622
I-485 CHILD    $180.00
I-131    $110.00
I-130    $130.00
TAX TTL    $0.00
TOTAL    $1,065.00
CHECK TD    $400.00
CHECK    $665.00

ITEM#    8
021924    CLERK 9    M03A

Exhibit A

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0054

**Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE USE ONLY |
|---|

| A# | Action Stamp | Fee Stamp |
|---|---|---|

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview    [ ] Previously Forwarded
- [ ] Pet.  [ ] Ben. "A" File Reviewed    [ ] I-485 Filed Simultaneously
- [ ] Field Investigation    [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved    [ ] 203(g) Resolved

Remarks:

## A. Relationship    You are the petitioner; your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child | [ ] Yes  [X] No | [ ] Yes  [X] No |

| **B. Information about you** | **C. Information about your relative** |
|---|---|
| 1. Name (Family Name in CAPS) (First) (Middle)<br>WANG    LI | 1. Name (Family Name in CAPS) (First) (Middle)<br>WANG    Jianmin |
| 2. Address (Number and Street) (Apt. No.)<br>2221 Nettle Dr. | 2. Address (Number and Street) (Apt. No.)<br>2221 Nettle Dr. |
| (Town or City) (State/Country) (ZIP/Postal Code)<br>Plano    TX    75025 | (Town or City) (State/Country) (ZIP/Postal Code)<br>Plano    TX    75025 |
| 3. Place of Birth (Town or City) (State/Country)<br>Xi'an, Shaanxi, China | 3. Place of Birth (Town or City) (State/Country)<br>Jinan    Shandong    China |
| 4. Date of Birth (Month/Day/Year) 05/30/1963<br>5. Gender [ ] Male [X] Female<br>6. Marital Status [X] Married [ ] Single [ ] Widowed [ ] Divorced | 4. Date of Birth (Month/Day/Year) 10/19/1963<br>5. Gender [X] Male [ ] Female<br>6. Marital Status [X] Married [ ] Single [ ] Widowed [ ] Divorced |
| 7. Other Names Used (including maiden name)<br>None | 7. Other Names Used (including maiden name)<br>None |
| 8. Date and Place of Present Marriage (if married)<br>09/27/2002    Collin, TX, USA | 8. Date and Place of Present Marriage (if married)<br>09/27/2002    Collin, TX, USA |
| 9. Social Security Number (if any) 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<br>10. Alien Registration Number 076372805 | 9. Social Security Number (if any) 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<br>10. Alien Registration Number None |
| 11. Name(s) of Prior Husband(s)/Wive(s)<br>Xining LI<br>12. Date(s) Marriage(s) Ended 05/14/1999 | 11. Name(s) of Prior Husband(s)/Wive(s)<br>Rong LUAN<br>12. Date(s) Marriage(s) Ended 01/31/2002 |
| **13. If you are a U.S. citizen, complete the following:**<br>My citizenship was acquired through (check one):<br>[ ] Birth in the U.S.<br>[X] Naturalization. Give certificate number, date and place of issuance.<br>27631708  08/20/2003  Dallas, Texas<br>[ ] Parents. Have you obtained a certificate of citizenship in your own name?<br>[ ] Yes. Give certificate number, date and place of issuance. [ ] No | 13. Has your relative ever been in the U.S.? [X] Yes [ ] No<br>14. If your relative is currently in the U.S., complete the following:<br>He or she last arrived as a: student<br>(visitor, student, stowaway, without inspection, etc.)<br>Arrival/Departure Record (I-94) 195392661 08<br>Date arrived (Month/Day/Year) 05/13/2000<br>Date authorized stay expired, or will expire, as shown on Form I-94 or I-95  04/30/2004<br>15. Name and address of present employer (if any)<br>Southwestern Bell Service  2600 Central Express Way, Richard<br>Date this employment began (Month/Day/Year) 07/10/2001 |
| 14a. If you are a lawful permanent resident alien, complete the following: Date and place of admission for, or adjustment to, lawful permanent residence and class of admission. | 16. Has your relative ever been under immigration proceedings?<br>[X] No [ ] Yes  Where _____ When _____<br>[ ] Removal [ ] Exclusion/Deportation [ ] Recission [ ] Judicial Proceedings |
| 14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?<br>[ ] Yes [X] No | |

| INITIAL RECEIPT ___ | RESUBMITTED ___ | RELOCATED: Rec'd ___ | Sent ___ | COMPLETED: Appv'd ___ | Denied ___ | Ret'd ___ |
|---|---|---|---|---|---|---|

Exhibit B-1

Form I-130 (Rev. 06/05/02) Y

## C. Information about your relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|---|
| Yukuan | WANG | Son | 03/01/1993 | China |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 2221 Nettle Dr. | Plano | TX 75025 |

**19. Your relative's address abroad (Include street, city, province and country)**                    Phone Number (if any)

#8-1-6 Beijing Analytical Instrument Apt.        Beijing        China        100095

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

(Name) 王创阪        Address (Include street, city, province and country): 北京市北京分析仪器厂 8-1-6 中国

**21. If filing for your husband/wife, give last address at which you lived together(Include street, city, province, if any, and country):**

| | From: (Month) (Year) | To: (Month) (Year) |
|---|---|---|
| 2221 Nettle Dr. Plano, TX 75025 | 05/2000 | Present |

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service in **Dallas        Texas**                    . If your relative is not eligible for adjustment of status, he or she
                                    (City)            (State)

will apply for a visa abroad at the American consular post in **Beijing                China**
                                    (City)                (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

I-130 petition is also being submitted for Yukuan WANG, son of Jianmin WANG

**2. Have you ever filed a petition for this or any other alien before?**    ☐ Yes  ☒ No
If "Yes", give name, place and date of filing and result.

**WARNING:** INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 or imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

Date 9/1/03    Phone Number 214-754-8431

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name    Jian X. Kang, Esq.        Signature _Jian X. Kang_        Date 09/05/2003

Address    7670 Opportunity Road, Suite 225, San Diego, CA 92111        G-28 ID or VOLAG Number, if any.    190751

Exhibit B-2

Immigration and Naturalization Service

**Form I-85, Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **WANG** | Given Name **Jianmin** | Middle Initial |

Address - C/O

| Street Number and Name **2221 Nettle Dr.** | | Apt. # |
|---|---|---|

City **Plano**

| State **TX** | Zip Code **75025** |
|---|---|

| Date of Birth (month/day/year) **10/19/1963** | Country of Birth **China** |
|---|---|

| Social Security # **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** | A # (if any) **None** |
|---|---|

| Date of Last Arrival (month/day/year) **05/13/2000** | I-94 # **195392661 08** |
|---|---|

| Current INS Status **H-1B1** | Expires on (month/day/year) **04/30/2004** |
|---|---|

### Part 2. Application Type. *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| _____ | |
| _____ | |

| Resubmitted |
|---|
| _____ |
| _____ |

| Reloc Sent |
|---|
| _____ |
| _____ |

| Reloc Rec'd |
|---|
| _____ |
| _____ |

☐ Applicant Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#

| ATTY State License # **190751** |
|---|

Continued on back. *Exhibit C-1*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3.  Processing Information

| City/Town/Village of Birth | Jinan | Current occupation | System Analyst |
|---|---|---|---|
| Your mother's first name | Shuqing | Your father's first name | Wenlong |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Jianmin Wang

| Place of last entry into the U.S. (City/State) | In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| San Francisco, CA | |
| Were you inspected by a U.S. Immigration Officer?   ☒ Yes  ☐ No | Student |

| Nonimmigrant Visa Number | 20001172580001 | Consulate where Visa was issued  Beijing, China |
|---|---|---|

| Date Visa was issued (month/day/year)  04/26/2000 | Sex:  ☒ Male  ☐ Female | Marital Status  ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?  ☒ No  ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

N/A

**B.**  List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name  WANG | Given Name  Li | Middle Initial | Date of Birth (month/day/year)  05/30/1963 |
|---|---|---|---|
| Country of Birth  China | Relationship  Wife | A # 76 372 805 | Applying with you?  ☐ Yes  ☒ No |
| Family Name  WANG | Given Name  Yukuan | Middle Initial | Date of Birth (month/day/year)  03/01/1993 |
| Country of Birth  China | Relationship  Son | A # | Applying with you?  ☒ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |

**C.**  List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

*Exhibit G-2*

Form I-485 (Rev. 02/07/00)N Page 2

## Part 3.  Processing Information    *(Continued)*

ase answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily an that you are not entitled to register for permanent residence or adjust status).

Have you ever, in or outside the U.S.:

a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No

c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:

a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No

d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:

a. espionage? ☐ Yes ☒ No

b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

Exhibit C-3

**art 4.  Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

rtify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize
release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

lective Service Registration. **The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the**
lective Service System:  I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide
tain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize
S to transmit to the Selective Service System my name,  current address,  Social Security number,  date of birth and the date I filed the application for the purpose of
ording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible
registering with the Selective Service by other means, provided I have not yet reached age 26.

| gnature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | Jianmin Wang | 09/01/2003 | 214-576-5239 |

ease Note:    *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for
the requested document and this application may be denied.*

**art 5.  Signature of person preparing form if other than above.**    *(Sign Below)*

declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| ignature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | Jian X. Kang, Esq. | 09/05/2003 | 858-278-5480 |

| Firm Name | Law Offices of Jian X. Kang |
|---|---|
| nd Address | 7670 Opportunity Road, Suite 225, San Diego, CA 92111 |

Exhibit C-4

Form I-485 (Rev. 02/07/00)N Page 4



U.S. L.   .rtment of Homeland Security
3010 N. Stemmons
Dallas, Texas 75247

JIANMIN WANG                                    Date: July 11, 2005
2221 NETTLE DRIVE
PLANO, TX  75025                                **A-95324621**

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:        **3010 N. Stemmons Freeway, Lobby**
                        **Dallas, TX  75247**

Date and Time:          **August 25, 2005**
                        **7:00 AM**

Officer:                **Officer 1**

Reason for Appointment: **Application for Adjustment of Status**

**THIS INTERVIEW WILL BE VIDEO TAPED**

<u>Please bring originals and copies of all items that are checked [X] below to the Interview</u>

[ X ]   Bring copies of all documents requested below (one set for each applicant.)  **INS cannot make copies.**

[ X ]   This letter, all Passports, Entry documents, I-94's (ARR/DEP Doc's), Birth Certificates and Photo I.D. for Applicants/Petitioners.

[ X ]   Form I-693 Medical Exam and Supplemental I-693 completed by INS approved doctor (if not previously submitted.)

[ X ]   Current letters of employ       .for / pplica.t  Petitio.er and Co   onsc   d ..ving ra . of pay and length of employment.

[ X ]   If Family Based application, Petitioner **must be present** at the interview.

[ X ]   For Family Based applications, copies of documents to prove a valid relationship, i.e., leases, mortgage, child's birth certificate.

[ X ]   I-864 Affidavit of Support, Last three (3) Income Tax returns and W-2 forms from Sponsor & Co-Sponsors.

If you are unable to keep this appointment, please return this letter to this office with an explanation.  Failure to keep this appointment and to bring the required documents will delay your case and may result in the denial of your application.  If you do not speak English, a person (not a family member), who can act as an interpreter, should accompany you to the Immigration interview.  Please do not bring small children to the interview unless there is a specific applicant filed for them.

ATTORNEY NOTIFIED:

JIAN X. KANG
7670 OPPORTUNITY RD. SUITE 225            *Exhibit D*
SAN DIEGO, CA  92111

                                                                        DS

 Close Window



# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 96A 7V6 03 9159 062 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 02/05/2007 |
| | 11:35 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | THOMAS |
| Service: | GROUND |

Tracking results provided by UPS:  08/02/2007 10:41 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

 Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.



8/2/2007

https://www.ups.com/uis/create?ActionOriginPair=print__PrinterPage&POP...    01/31/07

MARLENE HE
858-278-5480
LAW OFFICES OF JOHN J. KANG
7670 OPPORTUNITY RD., STE 225
SAN DIEGO CA 92111

**1 LBS**

DWT:12,9,1

**1 OF 1**

SHIP TO:
NOTICE OF ADDRESS CHANGE
800-375-5283
U.S. CIS
8101 NORTH STEMMONS FREEWAY
DALLAS DISTRICT OFFICE
**DALLAS   TX 75247-4103**



**TX 752 9-44**



## UPS GROUND
TRACKING #: 1Z 96A 7V6 03 9159 0624



BILLING: P/P

Reference#1: Jim Wang-address change

 TM

UIS 9.0.19.0    WXPIX60 60.1A 10/2006

Exhibit E-2

LAW OFFICES OF JOHN J. KANG
7670 OPPORTUNITY ROAD, SUITE 225, SAN DIEGO, CA 92111
TEL.: 858-278-5480; Fax: 858-278-5481; E-mail: jxkang@jxkang.com

January 31, 2007

Notice of Address Change
Citizenship and Immigration Services
Dallas District Office
8101 North Stemmons Freeway
Dallas, TX 75247

**Re:**    **Petition for Alien Relative and Adjustment of Status Application:**
**Petitioner:**  **Li WANG, U.S. Citizen, A 76 372 805**
**Beneficiary and Adjustment of Status Applicant:**
    **Jianmin WANG, Husband of Petitioner; DOB: 10/19/1963; A 95 324 621**

Dear Sir or Madam:

As the attorney of record, this office filed with your office the above referenced I-130 Petition for Alien Relative and I-485 Adjustment of Status Application on behalf of the petitioner and beneficiary/applicant back in September 2003. The petitioner and beneficiary/applicant were interviewed at your office on or about August 25, 2005. To my knowledge, both the petition and application remain pending at your office at this time.

Due to the recent change of employment of the petitioner, the family's residential address has changed.
Their old address was 2221 Nettle Drive, Plano, TX 75025
**Their new address is 4254 Samson Way, San Jose, CA 95124-4646.**

I would appreciate it if you could update your record to reflect the address change and initiate the transfer of their files to the San Jose District Office. Thank you very much for your attention to this matter and if you need any information or documents, please feel free to contact me.

Very truly yours,

John J. Kang (Formerly Jian X. Kang)
Attorney at Law

Exhibit E-3



**Department of Homeland Security**
U.S. Citizenship & Immigration Services

*Dallas District Office*
*8101 N. Stemmons Freeway*
*Dallas, TX 75247*

JIANMIN WANG                          DATE:            January 31, 2007
2221 NETTLE DR.                       FORM:            I-485
PLANO, TX 75025                       A-NUMBER         A 95324621
                                      DATE OF BIRTH:   10/19/1963

Dear Applicant:                    Receipt #_____N/A_____    ASC CODE:  1 (fingerprints only)

You have been scheduled to have your fingerprints taken at:

**CIS APPLICATIONS SUPPORT CENTER**
**3701 W. NORTHWEST HWY. , STE. 211**
**DALLAS, TX 75220**
**(NEAR WEINERS DEPT. STORE)**

**DATE:   FEBRUARY 13,2007**

**TIME:    1:00:00 PM**

WE ARE CLOSED ON SUNDAYS, MONDAYS, AND FEDERAL HOLIDAYS!

TO BE FINGERPRINTED YOU MUST BRING (1) THIS NOTICE; AND (2) PHOTO IDENTIFICATION, SUCH AS YOUR ALIEN REGISTRATION CARD AND PASSPORT. IF YOU DO NOT BRING THIS NOTICE AND PROPER PHOTO IDENTIFICATION, YOU WILL NOT BE PERMITTED TO HAVE YOUR FINGERPRINTS TAKEN. THIS MAY CAUSE AN ADDITIONAL DELAY IN THE PROCESSING OF YOUR APPLICATION.

IF YOU FAIL TO APPEAR ON YOUR APPOINTMENT DATE, AND NO REQUEST FOR RESCHEDULING IS RECEIVED WITHIN 10 CALENDAR DAYS OF YOUR APPOINTMENT, YOUR APPLICATION AND/OR PETITION MAY BE CONSIDERED ABANDONED AND DENIED. YOU WOULD THEN BE REQUIRED TO FILE A NEW APPLICATION AND BEGIN THE PROCESS AGAIN.

PLEASE TAKE NOTE THAT THE STAFF AT THE APPLICATION SUPPORT CENTERS WILL NOT BE ABLE TO ANSWER ANY QUESTIONS ABOUT THE STATUS OF YOUR APPLICATION.

IF AN INTERPRETER IS NEEDED, YOU WILL NEED TO FURNISH AND BRING YOUR OWN.

SINCERELY,

*Angela K. Barrows*
ANGELA K. BARROWS
DISTRICT DIRECTOR

JIAN X. KANG, ESQ.
7670 OPPORTUNITY RD., SUITE # 225          *Exhibit F*
SAN DIEGO, CA.  92111



Home  Contact Us  Site Map  FAQ

Search        **GO**

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
## Dallas TX Processing Dates
## Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –



Exhibit G-1

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **Dallas TX** Posted July 16, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 13, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | April 14, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | April 14, 2007 |
| I-765 | Application for Employment Authorization | April 28, 2007 |
| N-400 | Application for Naturalization | December 10, 2006 |
| N-600 | Application for Certification of Citizenship | April 14, 2007 |

[ Print This Page ]   [ Back ]

**08-02-2007 11:49 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

