1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI WANG and JIANMIN WANG, | ) |
| | ) No. C 07-4041 PVT |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ANSWER** |
| | ) |
| EMILIO T. GONZALEZ, Director of | ) |
| Citizenship and Immigration Services; | ) |
| MICHAEL CHERTOFF, Secretary of | ) |
| Homeland Security; and | ) |
| ALBERTO GONZALES, | ) |
| Attorney General of the United States, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendants hereby submit their answer to Plaintiff's Complaint for a Writ in the Nature of Mandamus to Compel Administrative Action.

**I. PARTIES**

1. Defendants admit the allegations in Paragraph One.

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

ANSWER
C07-4041 PVT                                    1

## II. FACTS

6. Defendants admit the allegations in Paragraph Six with the exception that the petition has been pending with the Dallas District Office, as it is being transferred to the San Jose District Office for adjudication.

7. Defendants admit the allegations in Paragraph Seven with the exception that the petition has been pending with the Dallas District Office, as it is being transferred to the San Jose District Office for adjudication.

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven.

## III. JURISDICTION AND VENUE

12. The allegations in Paragraph Twelve consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Tweve are denied.

13. Paragraph Thirteen consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

14. Paragraph Fourteen consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## IV. CLAIMS FOR RELIEF

15. Defendants incorporate its responses to Paragraph One through Fourteen as if set forth fully herein.

16. Defendants admit the first two sentences in Paragraph Sixteen; however, Defendants deny the remaining allegations in this paragraph.

17. Defendants are without sufficient information to admit or deny the allegations in

Paragraph Seventeen.

18. Defendants admit the allegations in Paragraph Eighteen.

19. Paragraph Nineteen consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Nineteen.

20. Paragraph Twenty consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Twenty.

21. Paragraph Twenty-One consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Twenty-One.

22. Paragraph Twenty-Two consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Twenty-Two.

23. Paragraph Twenty-Three consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Twenty-Three.

24. Defendants incorporate its responses to Paragraph Sixteen through Twenty-Three as if set forth fully herein.

25. Paragraph Twenty-Five consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Twenty-Five.

26. Paragraph Twenty-Six consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Twenty-Six.

27. Paragraph Twenty-Seven consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants

deny the allegations in Paragraph Twenty-Seven.

## V. PRAYER FOR RELIEF

The remaining allegations consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

### FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

### FIFTH AFFIRMATIVE DEFENSE

Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: October 25, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


            /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C07-4041 PVT                                    4