1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LI WANG and JIANMIN WANG, | ) | |
|---|---|---|
| | ) | No. C 07-4041 PVT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **PARTIES' CONSENT TO MAGISTRATE** |
| | ) | **JUDGE JURISDICTION** |
| EMILIO T. GONZALEZ, Director of | ) | |
| Citizenship and Immigration Services; | ) | |
| MICHAEL CHERTOFF, Secretary of | ) | |
| Homeland Security; and | ) | |
| ALBERTO GONZALES, | ) | |
| Attorney General of the United States, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiffs and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

///

Parties' Consent to Magistrate Jurisdiction
C07-4041 PVT                    1

| | | |
|---|---|---|
| 1 | Dated: November 6, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: November 6, 2007

/s/
JOHN J. KANG
Attorney for Plaintiffs

Parties' Consent to Magistrate Jurisdiction
C07-4041 PVT                              2