1   SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  LI WANG and JIANMIN WANG,            )
                                         )   No. C 07-4041 PVT
13              Plaintiffs,              )
                                         )
14          v.                           )   **PARTIES' JOINT REQUEST TO BE**
                                         )   **EXEMPT FROM FORMAL ADR**
15  EMILIO T. GONZALEZ, Director of      )   **PROCESS**
    Citizenship and Immigration Services; )
16  MICHAEL CHERTOFF, Secretary of       )
    Homeland Security; and               )
17  ALBERTO GONZALES,                    )
    Attorney General of the United States, )
18                                       )
                Defendants.              )
19  _____ )

20      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

21  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

22  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

23  options provided by the court and private entities, and considered whether this case might benefit

24  from any of them.

25      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

26  mandamus action is limited to plaintiffs' request that this Court compel defendants to adjudicate

27  the Plaintiff Jianmin Wang's application for adjustment of status.  Given the substance of the

28  action and the lack of any potential middle ground, ADR will only serve to multiply the

Parties' Request to be Exempt from ADR Process
C07-4041 PVT                          1

1  proceedings and unnecessarily tax court resources.

2      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

3  ADR Multi-Option Program and that they be excused from participating in the ADR phone

4  conference and any further formal ADR process.

5  Dated: November 6, 2007                    Respectfully submitted,

6                                             SCOTT N. SCHOOLS
                                              United States Attorney
7

8                                             _____
                                                        /s/
9                                             ILA C. DEISS
                                              Assistant United States Attorney
10                                            Attorney for Defendants

11

12  Dated: November 6, 2007                   _____
                                                        /s/
13                                            JOHN J. KANG
                                              Attorney for Plaintiffs

14

15                                **ORDER**

16      Pursuant to stipulation, IT IS SO ORDERED.

17

18  Date:                                     _____
                                              PATRICIA V. TRUMBULL
19                                            United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Parties' Request to be Exempt from ADR Process
C07-4041 PVT                              2