SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI WANG and JIANMIN WANG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director of Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; and ALBERTO GONZALES, Attorney General of the United States,<br><br>　　　　Defendants. | No. C 07-4041 PVT<br><br>**JOINT CASE MANAGEMENT STATEMENT** and **[Proposed] ORDER** |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331 and 28 U.S.C. § 1361. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

Plaintiff Jianmin Wang filed a Form I-485 application to adjust his status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about September 25, 2003. The USCIS has not yet adjudicated the Form I-485 application. The plaintiffs filed an action on August 7, 2007, seeking an order from this Court directing USCIS to

Joint Case Management Conference Statement
C07-4041 PVT                         1

1  adjudicate Plaintiff Jianmin Wang's Form I-485 application.

2  3. Legal Issues:

3  Whether this Court should dismiss the plaintiff's action for lack of subject matter jurisdiction.
4  If this Court has jurisdiction, whether the USCIS is processing the Plaintiff Jianmin Wang's I-485
5  application within a reasonable period of time.

6  4. Motions:

7  The parties intend to file cross-motions for summary judgment.

8  5. Amendment of Pleadings:

9  No parties, claims or defenses are expected to be added or dismissed.

10  6. Evidence Preservation:

11  The parties do not have any evidence that falls within this category.

12  7. Disclosures:

13  The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to
14  this case.

15  8. Discovery:

16  The parties do not intend to take any discovery at this time.

17  9. Class Actions:

18  N/A

19  10. Related Cases:

20  The parties are not aware of any related case or cases.

21  11. Relief:

22  The plaintiff Jianmin Wang asks this Court to direct USCIS to adjudicate his Form I-485
23  application.

24  12. Settlement and ADR:

25  The parties' filed a joint request for an exemption from the Court's ADR process on November
26  6, 2007.

27  13. Consent to Magistrate Judge for All Purposes:

28  The parties consent to a magistrate judge.

Joint Case Management Conference Statement
C07-4041 PVT                                              2

1   14.  Other References:

2   The parties do not believe that this case is suitable for reference to binding arbitration, a
3   special master, or the Judicial Panel on Multidistrict Litigation.

4   15.  Narrowing of Issues:

5   The parties do not believe that the issues can be narrowed by agreement or by motion, and do
6   not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or
7   stipulated facts), and any request to bifurcate issues, claims or defenses.

8   16.  Expedited Schedule:

9   The parties believe this case can be resolved on cross-motions for summary judgment.

10  17.  Scheduling:

11  The parties propose the following schedule on the parties' cross-motions for summary
12  judgment:

13  Parties' Cross-Motions for Summary Judgment:        December 4, 2007
14  Parties' Cross-Oppositions:                         December 18, 2007
15  Hearing:                                            January 8, 2008, 10:00 a.m.

16  18.  Trial:

17  The parties do not anticipate the need for a trial in this case.

18  19.  Disclosure of Non-party Interested Entities or Persons:

19  The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil
20  Local Rule 3-16.

21  20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this
22  matter.

23  None.

24  ///
25  ///
26
27
28

Joint Case Management Conference Statement
C07-4041 PVT                                 3

1  Dated: November 6, 2007                    Respectfully submitted,

2                                             SCOTT N. SCHOOLS
                                              United States Attorney
3

4
                                              _____/s/_____
5                                             ILA C. DEISS
                                              Assistant United States Attorney
6                                             Attorney for Defendants

7

8  Dated: November 6, 2007                    _____/s/_____
                                              JOHN J. KANG
9                                             Attorney for Plaintiffs

**ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date: _____
                                              PATRICIA V. TRUMBULL
                                              United States Magistrate Judge

Joint Case Management Conference Statement
C07-4041 PVT                                  4