# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

LI WANG and JIANMIN WANG

V.

EMILIO T. GONZALEZ, Director of Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; and ALBERTO R. GONZALEZ, Attorney General of the United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4041-PVT

TO: (Name and address of defendant)

See attached List of Service

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Kang, Esq. SB# 190751
Law Offices of John J. Kang
7670 Opportunity Road, Suite 225
San Diego, CA 92111

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Sandy Morris

DATE 8-8-07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 08/23/2007 |

| Name of SERVER | TITLE |
|---|---|
| Marlene He | Office Manager |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Mailed through certified mail with postage fully prepaid thereon and with return receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/23/07
               Date

Signature of Server

7670 Opportunity Road, #225
San Diego, CA 92111
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LIST OF SERVICE

MR. SCOTT N. SCHOOLS
U.S. Attorneys Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113


ALBERTO R. GONZALES
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

OFFICE OF THE GENERAL COUNSEL
U.S. Department of Homeland Security
Washington, D.C. 20528

EMILIO T. GONZALEZ
Director of Citizenship and Immigration Services
U.S. Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Avenue, N.W.
Washington, D.C. 20229

JOHN J. KANG, Esq.
Law Offices of John J. Kang
7670 Opportunity Road, Suite 225
San Diego, CA 92111
Telephone: (858)278-5480

California State Bar No. 190751
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI WANG and JIANMIN WANG ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> EMILIO T. GONZALEZ, Director of ) <br> Citizenship and Immigration Services; ) <br> MICHAEL CHERTOFF, Secretary ) <br> of Homeland Security; and ) <br> ALBERTO R. GONZALES, ) <br> Attorney General of the Unites States ) <br> ) <br> Defendants ) <br> _____) | CV No.: C7-4041-PVT <br><br> **DECLARATION OF SERVICE** |

I, the undersigned, declare under penalty of perjury that: I am over the age of eighteen years and not a party to this action; that I am employed in the County of San Diego, California, where the service occurs. My business address is 7670 Opportunity Road, Suite 225, San Diego, California 92111.
I served the following documents: (1) Summons; (2) Complaint; (3) Order Setting Initial Case Management Conference and ADR Deadlines; (4) Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull; (5) Standing Order regarding Case Management In Civil Cases; (6) Standing Order for All Judges of the Northern District of California - Content of Joint Case Management Statement; (7) (Information Package from) Office of the Clerk, United States District Court, Northern District of California including (a) Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose division; (b) Northern District of California San Jose Division Criminal and Civil Law and Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; (c) United States District Court, Northern District of California , Notice of Assignment of Case to

1

United States Magistrate Judge; (d) United States District Court, Northern District of California, Consent to Proceed Before a United States Magistrate Judge; (e) United States District Court, Northern District of California, declination to Proceed Before a Magistrate Judge and request for Reassignment to a United States District Judge; (f) U.S. District Court Northern California, ECF Registration Information Handout; (g) Office of the Clerk, United States District Court, Northern District of California, Notice of Electronic Availability of Case File Information; (h) General Order No. 53 - Privacy; (i) General Order No. 40 - Prohibition of Bias; (j) General Order No. 45 - Electronic case Filing; (k) Notice of Lawsuit and Request for Waiver of Service of Summons; (l) Waiver of Service of Summons; (m)Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); (n) United States District Court, Northern District of California, ADR Certification by Parties and Counsel; (o) United States District Court, Northern District of California, Stipulation and [Proposed] Order Selecting ADR Process; (p) United States District Court, Northern District of California, Notice of Ned fro ADR Phone Conference; In United States District Court for Northern District of California, Order of the Chief Judge in the following manner: (check one)

1)  [ ] By personally delivering copies to the person served.
2)  [ ] By leaving, during usual office hours, copies of the documents in the office of the person served with the person who apparently was in charge and thereafter mailing by first-class mail with postage fully prepaid thereon to the person served at the place where the copies were left.
3)  [ ] By leaving copies at the dwelling house, usual place of abode of the person served in the presence of a competent member of the household at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing by first-class mail with postage fully prepaid thereon to the person served at the place where the copies were left.
4)  [X] By placing a copy thereof in a separate envelop addressed to each addressee, respectively as follows:

    See attached **Service List**

I then sealed each envelope and, with postage fully prepaid thereon and through certified mail with return receipt requested and I deposited each in the United States Postal Service Offices at San Diego, California this 23rd day of August 2007.

8/23/07
Dated

Marlene He, Office Manager

2

LIST OF SERVICE

MR. SCOTT N. SCHOOLS
U.S. Attorneys Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113


ALBERTO R. GONZALES
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

OFFICE OF THE GENERAL COUNSEL
U.S. Department of Homeland Security
Washington, D.C. 20528

EMILIO T. GONZALEZ
Director of Citizenship and Immigration Services
U.S. Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Avenue, N.W.
Washington, D.C. 20229



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  R. TOIVIES   B. Date of Delivery 8/27<br>C. Signature  X [signature]  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>MR. SCOTT N. SCHOOLS<br>U.S. Attorneys Office<br>150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)  7000 0520 0021 5324 6289 | |

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JOHN J KANG LAW OFFICES
7670 OPPORTUNITY RD #225
SAN DIEGO, CA 92111

U.S. Attorney, San Jose



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    ALBERTO R. GONZALES
    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: AUG 28 2007
C. Signature: X
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
   7000 0520 0021 5324 6296

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

    JOHN J KANG LAW OFFICES
    7670 OPPORTUNITY RD #225
    SAN DIEGO, CA 92111

Attorney General



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EMILIO T. GONZALEZ
Director of Citizenship & Immigration Services
U.S. Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Avenue, N.W.
Washington, D.C. (20229) WRONG?

2. Article Number (Copy from service label)
7000 0520 0021 5324 6265

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-(

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): DHS
B. Date of Delivery: 8-30-07
C. Signature: X
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JOHN J KANG LAW OFFICES
7670 OPPORTUNITY RD #225
SAN DIEGO, CA 92111

CIS Director



