SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI WANG and JIANMIN WANG, | ) |
| | ) No. C 07-4041 PVT |
| Plaintiffs, | ) |
| | ) |
| v. | ) **STIPULATION TO APPEAR** |
| | ) **TELEPHONICALLY FOR CASE** |
| EMILIO T. GONZALEZ, Director of | ) **MANAGEMENT CONFERENCE; and** |
| Citizenship and Immigration Services; | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of | ) |
| Homeland Security; and | ) |
| ALBERTO GONZALES, | ) |
| Attorney General of the United States, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

    Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to appear telephonically

for the Case Management Conference for the above captioned case on November 13, 2007 at 2:00

p.m.

///

///

///

Stipulation to Appear Telephonically for CMC
C07-4041 PVT                  1

1   Dated: November 8, 2007                    Respectfully submitted,

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4
                                               _____
                                                          /s/
5                                              ILA C. DEISS
                                               Assistant United States Attorney
6                                              Attorney for Defendants

7

8   Dated: November 8, 2007                    _____
                                                          /s/
9                                              JOHN J. KANG
                                               Attorney for Plaintiffs
10

11                              **ORDER**

12          Pursuant to stipulation, the parties are hereby ordered to appear telephonically for the Case

13   Management Conference for the above-captioned case on November 13, 2007 at 2:00 p.m.

14          IT IS SO ORDERED.

15

16   Date:                                     _____
                                               PATRICIA V. TRUMBULL
17                                             United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Appear Telephonically for CMC
C07-4041 PVT                          2