```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI WANG and JIANMIN WANG,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director of Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; and ALBERTO GONZALES, Attorney General of the United States,<br><br>　　　　　Defendants. | No. C 07-4041 PVT<br><br>**STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE; and [~~PROPOSED~~] ORDER** |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to appear telephonically for the Case Management Conference for the above captioned case on November 13, 2007 at 2:00 p.m.

///

///

///

Stipulation to Appear Telephonically for CMC
C07-4041 PVT                                           1

| | | |
|---|---|---|
| 1 | Dated: November 8, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants

Dated: November 8, 2007

/s/<br>JOHN J. KANG<br>Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, the parties are hereby ordered to appear telephonically for the Case Management Conference for the above-captioned case on November 13, 2007 at 2:00 p.m.

IT IS SO ORDERED.

Date: _____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Appear Telephonically for CMC
C07-4041 PVT                    2