UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 11/13/07

Court Reporter: FTR          Clerk: C. Lew

Case No:C 07-04041 PVT       Case Title: Li Wang  vs.  Emilio T. Gonzalez, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| John Kang (by telephone) | Melanie Proctor (by telephone) |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial       [ ] Status      [ ] Discovery
                        [ ] Settlement    [ ] Final
                        [ ] Other         **[X]Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted              [ ] Submitted             [ ] Settled

[ ] Denied               [ ] Briefs to be filed    [ ] Not Settled

[ ] Granted in part, denied in part                [ ] Off Calendar


[X ] Cross-Motions 12/4/07; Reply 12/18/07; Motion Hearing set for 1/8/08 at 10:00 a.m.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff      [ ] Defendant       [ X] Court        [ ] Court w/opinion