1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10      SAN JOSE DIVISION

11

12  LI WANG and JIANMIN WANG            )       Case No.: C07- 4041 PVT
                                        )
13                  Plaintiffs,         )       **CASE MANAGEMENT**
                                        )       **CONFERENCE ORDER**
14          v.                          )
                                        )
15  EMILIO T.  GONZALEZ, Director of    )
    Citizenship and Immigration Services et )
16  al.,                                )
                                        )
17                  Defendants.         )
    _____

18

19          On November 13, 2007, the parties appeared telephonically before Magistrate Judge

20  Patricia V. Trumbull for a Case Management Conference.  Based on the parties' Joint Case

21  Management Statement, and the discussions held at the Case Management Conference,

22          IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed

23  factual and legal issues as set forth in the Case Management Conference Statement.

24          IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or

25  other amendments to the pleadings, is sixty days after entry of this order.

26          IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

27  Federal Rules of Civil Procedure shall apply in this case.

28

1    IT IS FURTHER ORDERED that the parties have previously been exempted from formal

2    ADR.

3    IT IS FURTHER ORDERED that the following schedule shall apply to this case:

4    Parties' Cross-Motions for Summary Judgment . . . . . . . . . . . . . . . . . December 4, 2007

5    Parties' Oppositions to Cross-Motions for Summary Judgment . . . . . December 18, 2007

6    Hearing on Cross-Motions for Summary Judgment . . . . . 10:00 a.m. on January 8, 2008

7    IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for

8    Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev.

9    1/5/06), a copy of which is available from the clerk of the court,[1] with regard to the timing and

10    content of the Joint Pretrial Statement, and all other pretrial submissions.

11    Dated: November   14,   2007

12    _____
      PATRICIA V. TRUMBULL

13    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

----

27    [1]    A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally

28    on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."