JOHN J. KANG, Esq.
Law Offices of John J. Kang
7670 Opportunity Road, Suite 225
San Diego, CA 92111
Telephone: (858)278-5480

California State Bar No. 190751
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI WANG and JIANMIN WANG<br><br>  Plaintiffs<br><br>vs.<br><br>EMILIO T. GONZALEZ, Director of Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; and ALBERTO R. GONZALES, Attorney General of the Unites States<br><br>  Defendants | Case No.: C07-4041 PVT<br><br>PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2007     Law Offices of John J. Kang

/s/
_____
John J. Kang
Attorney for Plaintiffs