1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 LI WANG and JIANMIN WANG,           )  No. C 07-4041 PVT
                                       )
13            Plaintiffs,              )
                                       )
                                       )  DEFENDANTS' MOTION FOR
14      v.                             )  RECONSIDERATION OF THE COURT'S
                                       )  DECEMBER 17, 2007 ORDER; and
15 EMILIO T. GONZALEZ, Director of     )  REQUEST FOR LEAVE TO FILE A
   Citizenship and Immigration Services; )  CROSS-OPPOSITION TO PLAINTIFFS'
16 MICHAEL CHERTOFF, Secretary of      )  CROSS-MOTION FOR SUMMARY
   Homeland Security; and              )  JUDGMENT
17 MICHAEL MUKASEY,                    )
   Attorney General of the United States, )
18                                     )
              Defendants.              )
19 _____)

20      On November 14, 2007, this Court approved the parties' case management statement and set

21 out a briefing schedule for cross-motions for summary judgment. See Docket No. 12. In

22 accordance with the briefing schedule, the parties cross-moved for summary judgment on

23 December 4, 2007. The parties were to file cross-oppositions on December 18, 2007. Id.

24 However, on December 17, 2007, the Court issued an Order granting Plaintiffs' motion and

25 directing Defendants Gonzalez and Chertoff to adjudicate Plaintiffs' applications for adjustment of

26 status withing 60 days of the Order. See Docket No. 16.

27      Under Federal Rule of Civil Procedure 60(b) and Local Rule 7-9, the Court may reconsider and

28
   Motion for Reconsideration of December 17, 2007 Order
   C07-4041 PVT                           1

relieve a party from a final order.  Reconsideration is appropriate "if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in the controlling law." <u>School Dist. No. 1J. Multnomah County, Oregon v. AC & S, Inc.</u>, 5 F.3d 1255, 1263 (9th Cir. 1993), cert. denied, 512 U.S. 1236 (1994).

    Here, the Court ruled on the parties' cross-motions for summary judgment before they were fully briefed.  Defendants respectfully ask the Court for an opportunity to file a cross-opposition to Plaintiffs' cross-motion for summary judgment (and allow Plaintiffs the same in response to Defendants' motion if they wish) prior to issuing a decision on the cross- motions.  Thus, Defendants hereby move for reconsideration of the Court's December 17, 2007 decision and ask that the Court issue a new scheduling Order on the cross-motions for summary judgment.

Dated: December 26, 2007                        Respectfully submitted,

                                              SCOTT N. SCHOOLS  
                                              United States Attorney

                                              /s/  
                                              ILA C. DEISS  
                                              Assistant United States Attorney  
                                              Attorneys for Defendants