```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         NORTHERN DISTRICT OF CALIFORNIA
10                                   SAN JOSE DIVISION
11   LI WANG, et al.,                    )   Case No.: C 07-4041 PVT
                                         )
12              Plaintiffs,              )   ORDER GRANTING DEFENDANTS'
                                         )   REQUEST FOR LEAVE TO FILE A
13        v.                             )   CROSS-OPPOSITION TO
                                         )   PLAINTIFFS' CROSS-MOTION FOR
14   EMILIO T. GONZALEZ, et al.,         )   SUMMARY JUDGMENT
                                         )
15              Defendants.              )
     _____ )
16
```

On December 26, 2007, Defendants filed a Motion for Reconsideration of the Court's December 17, 2007 Order; and Request for Leave to File a Cross-Opposition to Plaintiffs' Cross-Motion for Summary Judgment.[1]  Plaintiffs filed their Opposition on January 15, 2008.  Based on the papers submitted,

IT IS HEREBY ORDERED that Defendants' request for leave for the parties to file cross-oppositions to the cross-motions for summary judgment is GRANTED.  The parties shall file their cross-oppositions no later than February 5, 2008.

IT IS FURTHER ORDERED that this Court's order of December 17, 2007 is STAYED pending the Court's consideration of the cross-opposition papers.

As Plaintiffs assert in their Opposition, Defendants' request for reconsideration did not

---

[1]   The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  comply with Civil Local Rules, Rule 7-9.  However, the Court in its discretion chooses to evaluate
2  the parties' cross-oppositions.  *See U.S. v. Smith*, 389 F.3d 944, 948-949 (9th Cir. 2004).
3  Dated: *1/17/08*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge