JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI WANG and JIANMIN WANG,<br><br>Plaintiffs,<br><br>v.<br><br>EMILIO T. GONZALEZ, Director of Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; and MICHAEL MUKASEY, Attorney General of the United States,<br><br>Defendants. | No. C 07-4041 PVT<br><br>DEFENDANTS' CROSS-OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

Plaintiff Li Wang, a United States citizen, and her husband, Jianmin Wang, a citizen of China, ask this Court to issue a writ of mandamus, compelling Defendants to reach a decision on the application for adjustment of status to legal permanent residents (LPR) of Plaintiff Jianmin Wang. They also ask the Court to find that Defendants have violated the Administrative Procedure Act (APA), to issue a notice of approval, and award fees under the Equal Access to Justice Act. The Court issued a decision on December 17, 2007, the day before the parties were to file cross-oppositions to their cross-motions for summary judgment. Defendants moved for reconsideration, and asked for permission to file their cross-opposition. On January 17, 2008, the Court granted Defendants' motion for reconsideration, stayed the Court's December 17, 2007 Order, and set a

1  schedule for cross-oppositions. Defendants hereby oppose Plaintiffs' motion for summary
2  judgment.
3      As laid out in Defendants' Cross-Motion for Summary Judgement, Plaintiff Jianming Wang
4  became eligible to adjust his status in August 2005, when his Form I-130 visa petition was
5  approved. Declaration of Hamseh Sarsour (Sarsour Decl.) ¶ 17. His application for adjustment of
6  status is pending because of the FBI background checks. *Id.*
7      This Court has recognized that it is the Department of Homeland Security, and under it USCIS,
8  not the FBI, has the responsibility for the adjustment program. 6 U.S.C. § 271(b); *Clayton v.*
9  *Chertoff*, 2007 WL 2904049 (N.D. Cal. Oct. 1, 2007). Therefore, only Defendants Gonzalez and
10 Chertoff are proper defendants.
11     Plaintiff Wang's application has been properly pending since August 2005, when he became
12 eligible due to his approved visa petition. While this is more than two years, "[w]hat constitutes
13 an unreasonable delay in the context of immigration applications depends to a great extent on the
14 facts of the particular case." *Gelfer v. Chertoff*, 2007 WL 902382 at *2 (N.D.Cal. Mar. 22, 2007).
15 This case is unique because USCIS asked the FBI to expedite Plaintiff Wang's name check on
16 December 3, 2007, and the name check remains pending with the FBI. Sarsour Decl. ¶ 17. Thus,
17 there is nothing else USCIS can do at this point. The Government has demonstrated that the delay
18 here is reasonable and that Defendants from USCIS are doing everything they can to process
19 Plaintiff Wang's application for adjustment of status.
20     For the foregoing reasons, the Government respectfully asks the Court to dismiss Defendant
21 Michael Mukasey and grant the remaining Defendants' motion for summary judgment as a matter
22 of law.
23 Dated: February 5, 2008                            Respectfully submitted,
24                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney
25
26                                                       /s/
27                                            ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Defendants
28