UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI WANG and JIANMIN WANG,<br><br>　　　　Petitioners,<br><br>　v.<br><br>EMILIO T. GONZALEZ, Director of Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security, and MICHAEL MUKASEY, Attorney General of the United States<br><br>　　　　Defendants. | Case No.: C07-4041 PVT<br><br>ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

　　On December 17, 2007, the Court granted Plaintiffs' Motion for Summary Judgment, denied Defendants' Motion for Summary Judgment, dismissed the claims against Defendant Mukasey, and ordered Defendant Chertoff to adjudicate Plaintiff Jianmin Wang's I-485 petition within sixty days.

　　On December 26, 2007, Defendants filed a Motion for Reconsideration, and requested leave to file a Cross-Opposition to Plaintiffs' Cross-Motion for Summary Judgment.[1]  The Court stayed its December 17, 2007 Order, and instructed both parties to file cross-oppositions to the

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1 cross-motions for summary judgment in an Order dated January 17, 2008.

2      Based on the papers submitted, the Court finds no new material facts or legal authority to
3 merit modification of its prior Order.

4      IT IS HEREBY ORDERED that Defendants' Motion for Reconsideration is DENIED.

5      IT IS FURTHER ORDERED that the stay is lifted, however, it is modified such that
6 Defendant Chertoff is to adjudicate Plaintiff's I-485 petition within sixty days from the date of
7 this Order.

8 Dated: *2/14/08*

9                     PATRICIA V. TRUMBULL
                         United States Magistrate Judge