1  JOHN J. KANG, Esq.
   Law Offices of John J. Kang
2  7670 Opportunity Road, Suite 225
   San Diego, CA 92111
3  Telephone: (858)278-5480

4  California State Bar No. 190751
5  Attorney for Plaintiffs

6

7

8                        UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  LI WANG and JIANMIN WANG        )
                                    )
11      Plaintiffs                  )        Case No.: C07-4041 PVT
                                    )
12  vs.                             )
                                    )
13                                  )        DECLARATION OF JOHN J. KANG IN
    EMILIO T. GONZALEZ, Director of  )       SUPPORT OF PLAINTIFFS' MOTION FOR
14  Citizenship and Immigration Services; )  FEES AND COSTS UNDER THE EQUAL
    MICHAEL CHERTOFF, Secretary      )       ACCESS TO JUSTICE ACT
15  of Homeland Security; and        )
    ALBERTO R. GONZALES,            )        Hearing Date:
16  Attorney General of the Unites States )  Hearing Time:
                                    )        Judge: Hon. Patricia V. Trumbull
17                                  )
                                    )
18      Defendants                  )
    _____)

19

20          I, John J. Kang, declare as follows:

21  1.      I am licensed by the Supreme Court of California to practice law in the State of California.

22  2.      I am the attorney of record for the Plaintiffs in the above-captioned action.

23  3.      I am familiar with the content of this declaration and, if called upon as a witness, I am ready

24          and willing to testify to the truth thereof.

25  4.      I have been practice law in the State of California since December 1997.

26  5.      My practice has been primarily in the areas of all aspects of the U.S. immigration law and

27  DECLARATION OF JOHN J. KANG IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES AND
    COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT
28  Case No.: C07-4041 PVT                          1

1    general civil litigation.

2    6.    Based on my working relationship with about a dozen attorneys in San Diego County,

3          attorneys with around ten years of legal experience in San Diego County generally charge

4          hourly fees ranging from $275 to $400 per hour.

5    7.    My current hourly fee for civil litigation cases is $300 per hour. However, because the

6          plaintiffs in the above-captioned action have been long-term friends of mine, I agree to

7          charge them a favorable rate of $200 per hour for prosecuting this action.

8    8.    I have spent a total of 33 hours on this case. Attached hereto as **Exhibit A** is a true copy of

9          my  time log for this action.

10   9.    As of December 17, 2007 when the court issued its order on the parties' cross-motion for

11         summary judgment, I had spent a total of 20 hours. See **Exhibit A** for break-down of time of

12         total time spent on the action. Based on this amount of time, my clients paid me a total of

13         $4000.00. Attached hereto as **Exhibit B** is a true copy of the check my clients used to pay my

14         fee. The check was issued by the Apogee America Corporation, a corporation owned and

15         operated by clients.

16   10.   My clients have not been billed for the additional 11 hours of time I spent since December

17         26, 2007 on preparing an opposition to the Defendants' motion for reconsideration of the

18         court's December 17, 207 order on the parties' cross-motion for summary judgement and a

19         cross-opposition to the Defendants' cross-motion for summary judgement. This additional

20         time is also reflected in the attached **Exhibit A**.

21   11.   Attached hereto as **Exhibit C** is a true copy of the fee payment receipt for filing the above-

22         captioned action.

23   12.   Attached hereto as **Exhibit D** is the completed form AO-133, Bill of Costs in connection

24         with the above-captioned action.

25   ///

26   ///

27   DECLARATION OF JOHN J. KANG IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES AND
     COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT
28   Case No.: C07-4041 PVT                              2

1  I declare under penalty of perjury under the laws of the United of States that the foregoing is

2  true and correct.

3       Dated: March 15, 2008.                    Law Offices of John J. Kang

4                                                 /s/

5                                                 _____
                                                  John J. Kang
6                                                 Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  DECLARATION OF JOHN J. KANG IN SUPPORT OF DEFENDANT'S OPPOSITION TO
    PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S CROSS-COMPLAINT PURSUANT TO
28  CODE OF CIVIL PROCEDURE SECTION 425.16

3

# LAW OFFICES OF JIAN J. KANG
### 7670 OPPORTUNITY ROAD, SUITE 225, SAN DIEGO, CA 92111
### TEL. NO.: (858)278-5480; FAX. NO.: (858)278-5481

## CASE ACTIVITY LOG AND BILL

| Office Case No.: 1385 Clients: Li and Jianmin Wang | Case Name: Wang v. Gonzalez et al. Federal District Court, Northern District of California Case No. C07-04041 PTV | |
|---|---|---|
| **Date** | **Purpose** | **Time (Hours)** |
| 06/05/2007 | Review file. Research on current status of mandamus actions in federal district courts. Commence preparation of complaint. | 3.50 |
| 06/06/2007 | Complete draft of complaint. Email same to client for review. | 3.20 |
| 08/03/2007 | Revise and finalize complaint. Organize exhibits. Work with law clerk to copy and package documents. Prepare letter to client with instructions and mail same along with complaint and exhibits for client to file with court. | 1.80 |
| 08/23/2007 | Guide law clerk through preparation of certificates of service. Office manager mailed summons and complaint to defendants. | 0.30 |
| 11/06/2007 | Review local rules on case management statement. Teleconferences with U.S. attorney re, case management statement. Review draft joint case management statement, joint request for ADR exemption, consent to magistrate judge jurisdiction prepared by U.S. Attorney Ila Deiss. Emails to and form U.S. Attorney IlaDeiss. | 1.20 |
| 11/07/2007 | Retrieve and review E-filed documents. E-file proof of service of summons. | 0.50 |
| 11/09/2007 | Retrieve and review court's order exempting parties from ADR. | 0.20 |
| 11/13/2007 | Retrieve and review court's minute entry on case managementconference. | 0.20 |
| 11/14/2007 | Retrieve and review court's CMC order. | 0.30 |
| 11/30/2007 | Review Research on mandamus law and commence preparation of crossmotion for summary judgment. | 3.80 |
| 12/04/2007 | Complete preparation of cross-motion for summary judgment. Prepare Certificate of interested entities or persons. File both documents. Forward same to clients. | 4.60 |
| 12/05/2007 | Retrieve and review defendants' cross-motion for summary judgment. Forward same to clients. | 0.80 |
| 12/17/2007 | Retrieve and review court's order on cross-motion for summary judgment. Forward same to clients. | 0.60 |
| 12/26/2007 | Retrieve and review defendants' motion for reconsideration. Update clients. | 0.50 |

EX. A

| | | |
|---|---|---|
| 01/15/2008 | Call to clerk's office, hearing date on defendants' motion for reconsideration. Review Fed. R. Civ. Pro. And local rules. Prepare and file opposition. Email update to clients. | 1.80 |
| 01/17/2008 | Retrieve and review court's order on defendants' motion for reconsideration. Email update to clients. | 0.30 |
| 02/04/2008 | Additional research on summary judgment. Commence preparation of cross opposition to cross-motion for summary judgment. | 2.10 |
| 02/05/2008 | Complete and file cross-opposition to cross-motion for summary judgment. Retrieve and review defendants' opposition. Email updates to clients. | 2.80 |
| 02/14/2008 | Retrieve and review court's order on cross-motion for summary judgment. Email update to clients. | 0.30 |
| 03/15/2008 | Review EAJA. Prepare and file motion for EAJA fees and costs. | 3.20 |
| Total Time as of 12/17/2007 | | 20.00 |
| Fee as of 12/17/2007 | 20.00 hours at $200.00/hour = $4,000.00 | |
| Time from 12/26/2007 to 03/15/2008 | | 11.00 |
| Fee from 12/26/2007 to 03/15/2008 | 11.00 hours at $$200.00/hour = $2,200.00 | |
| Cost | Filing fee of $350.00 | |
| Total fees and cost | $6,550.00 | |

ΣX. A

2



EX. B

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611001477
Cashier ID: morriss
Transaction Date: 08/07/2007
Payer Name: Li Wang
-----------------------------------------
CIVIL FILING FEE
  For: Li Wang
  Case/Party: D-CAN-5-07-CV-004041-001
  Amount:      $350.00
-----------------------------------------
CHECK
  Check/Money Order Num: 2085
  Amt Tendered: $350.00
-----------------------------------------
Total Due:        $350.00
Total Tendered:   $350.00
Change Amt:       $0.00

case number 07-4041-PVT


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

EX. C

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Northern    District of    California

BILL OF COSTS

V.

Case Number:  C07-4041 PVT

Judgment having been entered in the above entitled action on ___2/14/2008___ against ___USCIS, DHS___ ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL  $ | 350.00 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒  Electronic service by e-mail as set forth below and/or. *electronic case filing*

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:  John J. Kang

For: Jianmin Wang _____    Date: 3/15/2008
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                    Deputy Clerk                    Date

Ex. D-1

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

Six. D-2