| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| LI WANG and JIANMIN WANG | ) | No. C07-4041 PVT | |
| Plaintiffs, | ) | | |
| | ) | STIPULATION AND [ xxxxxxxxxx ] ORDER | |
| v. | ) | APPROVING COMPROMISE SETTLEMENT | |
| | ) | OF ATTORNEY FEES AND COSTS | |
| EMILIO T. GONZALEZ, Director of | ) | PURSUANT TO THE EQUAL ACCESS TO | |
| Citizenship and Immigration Services; | ) | JUSTICE ACT | |
| MICHAEL CHERTOFF, Secretary of | ) | | |
| Homeland Security, and ALBERTO R. | ) | | |
| GONZALES, Attorney General of the | ) | | |
| United States, | ) | | |
| | ) | | |
| Defendants. | ) | | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, the following:

1. The Defendants shall pay the sum of two-thousand, five hundred dollars and no cents ($2,500) in settlement of the Plaintiffs' motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA") filed in *Wang v. Gonzalez*, C07-4041 PVT. The check is to be payable to Plaintiffs' counsel:

    John J. Kang, Esq.
    Law Offices of John J. Kang
    7670 Opportunity Road, Suite 225
    San Diego, CA 92111
    Tel: (858) 278-5480

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT
C07-4041 PVT       1

2. This is a settlement of Plaintiffs' request for attorney fees and costs in this case. It does not constitute an admission of liability or fault on the part of the Defendants or a concession as to the propriety and amount of fees and costs. This agreement is entered into by the parties for the purpose of compromising the request for fees and costs and avoiding the expense and risk of further litigation.

3. The payment of $2,500 will constitute a full and complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to *Wang v. Gonzalez*, C07-4041 PVT.

4. The payment may take sixty days or more to process, but the Defendants agree to make good faith efforts to expeditiously process said payment.

5. Within 14 days of receipt of payment, the Plaintiffs will withdraw the motion for attorney's fees and costs.

6. The Court retains jurisdiction to enforce the terms of this settlement agreement.

Dated: 04/01/2008

/s/
JOHN J. KANG
Law Offices of John J. Kang
Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 4/1/2008

/s/
ILA C. DEISS
Assistant United States Attorney

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT
C07-4041 PVT                                   2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____April 3, 2008_____   _/s/ Patricia V. Trumbull_
   PATRICIA V. TRUMBULL
   United States Magistrate Judge

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT
C07-4041 PVT                                3