JOHN J. KANG, Esq.
Law Offices of John J. Kang
7670 Opportunity Road, Suite 225
San Diego, CA 92111
Telephone: (858)278-5480

California State Bar No. 190751
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI WANG and JIANMIN WANG ) )  Plaintiffs ) ) vs. ) ) EMILIO T. GONZALEZ, Director of ) Citizenship and Immigration Services; ) MICHAEL CHERTOFF, Secretary ) of Homeland Security; and ) ALBERTO R. GONZALES, ) Attorney General of the Unites States ) )  Defendants ) ) | Case No.: C07-4041 PVT<br><br>NOTICE OF WITHDRAWAL OF PREVAILING PLAINTIFFS' MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. §2412(d) & 5 U.S.C. §504 et seq. (EQUAL ACCESS TO JUSTICE ACT)<br><br>Hearing Date: None<br>Hearing Time: None<br>Judge: Hon. Patricia V. Trumbull |

WHEREAS the plaintiffs in this action filed a motion for attorney fees under 28 U.S.C. §2412(d) & 5 U.S.C. §504 et seq. on March 15, 2008 (hereinafter referred to as "the Motion"); [DOC. 23]

WHEREAS on April 3, 2008, the plaintiffs and defendants jointly filed a stipulation (hereinafter referred to as "the Stipulation") whereby (1) the defendants agreed to pay the plaintiffs two thousand five hundred dollars ($2,500.00) in settlement of the Motion and (2) the plaintiffs

---

NOTICE OF WITHDRAWAL OF PREVAILING PLAINTIFFS' MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. §2412(d) & 5 U.S.C. §504 et seq. (EQUAL ACCESS TO JUSTICE ACT).
Case No.: C07-4041 PVT           1

1 | agreed to withdraw the Motion within 14 days of receipt of the payment; [DOC. 25]

2 |     WHEREAS the plaintiffs have received the payment of two thousand five hundred dollars

3 | ($2,500.00) from the defendants;

4 |     THEREFORE, the plaintiffs hereby withdraw the Motion pursuant to the Stipulation and the

5 | Clerk is requested to enter said withdrawal in the records of the court.

7 | Dated: May 29, 2008        Law Offices of John J. Kang
/s/
_____
John J. Kang
Attorney for Plaintiffs

27 | NOTICE OF WITHDRAWAL OF PREVAILING PLAINTIFFS' MOTION FOR ATTORNEY FEES
28 | UNDER 28 U.S.C. §2412(d) & 5 U.S.C. §504 et seq. (EQUAL ACCESS TO JUSTICE ACT).
Case No.: C07-4041 PVT    2