1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   LI WANG, et al.,                    )        Case No.: C 07-4041 PVT
                                          )
13                  Plaintiffs,           )        JUDGMENT
                                          )
14         v.                             )
                                          )
15   EMILIO T. GONZALEZ, et al.,          )
                                          )
16                  Defendants.           )
     _____ )

17

18         On December 17, 2007, this court entered an order granting Plaintiffs' Motion for Summary

19   Judgment; denying Defendants' Motion for Summary Judgment and Dismissing Claims against

20   Defendant Mukasey (the "Summary Judgment Order").  On December 26, 2007, Defendants moved

21   for reconsideration.  On February 14, 2008, this court denied Defendants' request for

22   reconsideration.  On March 15, 2008, Plaintiffs filed a motion for attorneys fees under the Equal

23   Access to Justice Act.  On April 2, 2008 the parties filed a Stipulation and [Proposed] Order

24   Approving Compromise Settlement of Attorney Fees and Costs Pursuant to the Equal Access to

25   Justice Act (the "Stipulated Attorneys Fees Order").  The court entered the Stipulated Attorneys Fees

26   Order the next day.  Based on the foregoing,

27         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs shall and do have

28   judgment against Defendants (other than Defendant Mukasey) as set forth in the Summary Judgment

1  Order.

2        IT IS FURTHER ORDERED that, except as set forth in the Stipulated Attorneys Fees Order,

3  each party shall bear its own attorneys' fees and costs.

4  Dated: *6/17/08*

5                                                           *Patricia V. Trumbull*

6                                     PATRICIA V. TRUMBULL
                                   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28